# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **BRITTNEY COLEMAN** | **CIVIL ACTION NO. 1:22-CV-06219** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KENTRELL GAULDEN** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 7] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff, Brittney Coleman's Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** as frivolous in accordance with provisions of 28 U.S.C. § 1915(e) (2)(B).

MONROE, LOUISIANA, this 27th day of January 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE